IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| THOMAS R. ADAMS, | |
|---|---|
| Petitioner, | |
| v. | CIVIL ACTION FILE NO. 1:21-CV-337-TWT |
| NEIL WARREN, | |
| Defendant. | |

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action for failure to exhaust state remedies. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 9 day of March, 2021.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\21\Adams\21cv337\r&r.docx